AO 91 (Rev 8/01)    Criminal Complaint

# United States District Court

__SOUTHERN__  DISTRICT OF  __TEXAS__
McALLEN DIVISION

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **CRIMINAL COMPLAINT** |
| Edgar Alin Lara-Mejia | |
| | Case Number: M-22-1368-M |
| IAE   YOB: 1978 | |
| Honduras | |
| (Name and Address of Defendant) | |

United States District Court
Southern District of Texas
FILED
JUL 12 2022
Nathan Ochsner, Clerk

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __July 11, 2022__ in __Hidalgo__ County, in the __Southern__ District of __Texas__

*(Track Statutory Language of Offense)*
the defendant being then and there an alien who had previously been deported from the United States to Honduras in pursuance of law, and thereafter was found near Mission, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)
I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Edgar Alin Lara-Mejia was encountered by Border Patrol Agents near Mission, Texas on July 11, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on July 11, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on November 4, 2016, through New Orleans, Louisiana. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

Continued on the attached sheet and made a part of this complaint: ☐ Yes  ☒ No

Complaint authorized by AUSA A. Garcia
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

July 12, 2022 — 3:01 p.m.

Juan F. Alanis                                  , U.S. Magistrate Judge
Name and Title of Judicial Officer

/S/ Margaret Gonzalez
Signature of Complainant
Margaret Gonzalez    Border Patrol Agent

Signature of Judicial Officer